

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-20-00041-CV

Priscilla **VILLARREAL-TREVINO**,
Appellant

v.

**ALL STAR KIDS DAY CARE AND LEARNING CENTER, INC.**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK001081D1
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 6, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_____
Michael A. Cruz, Clerk of Court